## 31268. WHITAKER v. WHITAKER.

UNDERCOFLER, Presiding Justice.

The wife in this divorce case was granted upon evidence, without notice to her husband, a final judgment forty-five days[1] after he was served, but filed no answer. On the same day he sought to reopen the *judgment* under Code Ann. § 81A-155 which allows for the reopening of *default* as a matter of right within 15 days after the answer is due. His motion was denied and he appeals claiming the divorce was premature, and defective on its face under Code Ann. § 81A-160 (d) because the record does not show he was notified of the hearing prior to judgment. We have decided these issues before and on the basis of this authority affirm the judgment of the trial court. *Bradberry v. Bradberry,* 232 Ga. 651 (208 SE2d 469) (1974); *Harris v. Harris,* 228 Ga. 562 (187 SE2d 139) (1972). See *Newton v. Newton,* 226 Ga. 440 (175 SE2d 543) (1970); *Manning v. Manning,* 223 Ga. 202 (154 SE2d 226) (1967).

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 12, 1976 — DECIDED SEPTEMBER 28, 1976 — REHEARING DENIED OCTOBER 19, 1976.

*Carey C. Carter, Jr.,* for appellant.

*Harper & Matthews, Robert D. Matthews,* for appellee.

---

[1]The forty-fifth day was a Saturday, thus effectively fell on the following Monday. Code Ann. § 81A-106 (a).